<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER DELORENZE,<br><br>Plaintiff,<br><br>v.<br><br>HOUSING AND URBAN DEVELOPMENT, PASSAIC COUNTY HOUSING AUTHORITY, JOSEPH M. BILLY, JANICE DEJON,<br><br>Defendants. | Civil Action No. 13-3875 (SDW) (MCA)<br><br>**ORDER**<br><br>February 19, 2014 |

**WIGENTON**, District Judge.

This matter, having come before the Court on Plaintiff Christopher DeLorenze's ("Plaintiff") Motion for Default Judgment Against All Defendants, and this Court, having considered the submissions and arguments of the parties, has determined that Defendant Housing and Urban Development was not properly served (Dkt. No. 6) and that Defendants Passaic County Housing Authority, Joseph M. Billy, and Janice DeJon filed an Answer to the Complaint (Dkt. No. 5).

**IT IS** on this 19th day of February, 2014,

**ORDERED** that Plaintiff's motion is **DENIED**.

s/ Susan D. Wigenton
**Susan D. Wigenton, U.S.D.J.**

cc: Madeline Cox Arleo, U.S.M.J.